DG:mjp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20519-CR-KING

UNITED STATES OF AMERICA

vs.

FRITZ JUDE ALEXIS,
JULIO CESAR ROPERTO-PERDOMO, and
SPENCER SAINT-ELOIDE,

    Defendants.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States of America ("United States") for entry of a preliminary order of forfeiture. Being fully advised in the premises the Court finds as follows:

1. On June 18, 2009, a federal grand jury returned a two (2)-count indictment ("Indictment") charging FRITZ JUDE ALEXIS ("defendant Alexis"), JULIO CESAR ROPERTO-PERDOMO ("defendant Perdomo") and SPENCER SAINT-ELOIDE ("defendant Eloide") (collectively "defendants"), with violations of Title 21, United States Code, Section 841(a)(1)(Counts 1 and 2).

2. The Indictment further alleges that upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in Counts 1 and 2 of the Indictment, the defendants shall forfeit all of their respective right, title and interest in certain property to the United States pursuant to Title 21, United States Code, Section 853, to wit:

    (a)    $44,300 in United States currency ;

   (b) $3,000 in United States currency;

(collectively "property").

 3. On September 23, 2009, defendant Alexis pleaded guilty to a violation of Title 21, United States Code, Section 841(a)(1), as alleged in Counts 1 and 2 of the Indictment, and agreed to forfeit all of his respective right, title and interest in the property to the United States.

 4. On October 19, 2009, defendant Perdomo pleaded guilty to a violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count 1 of the Indictment, and agreed to forfeit all of his right, title and interest in the property to the United States.

 5. On October 19, 2009, defendant Saint-Eloide was found guilty of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count 1 and 2 of the Indictment after jury trial and further agreed to forfeit all of his right, title and interest in the property to the United States.

 Therefore, in consideration of the defendants being found guilty, the defendants agreeing to forfeit all of their respective right, title and interest in the property to the United Sates and upon motion of the United States, and for good cause shown thereby, it is hereby:

**ORDERED** that:

 1. All of the defendants' respective right, title and interest in the property is hereby forfeited to the United States pursuant to Rule 32.2.(b)(2) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(a).

 2. The Federal Bureau of Investigation, or any duly authorized law enforcement official, shall seize and take custody of the property pursuant to Title 21, United States Code, Section 853(g).

3. Pursuant to Title 21, United States Code, Section 853(n)(1) and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case, the United States forthwith shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days. The United States shall state the following in its published notice: (1) that any person, other than the defendants, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; (2) that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; (3) that the petition shall be signed by the petitioner under penalty of perjury; (4) that the petition shall set forth the nature and extent of the petitioner's right, title and interest in the property; and (5) that the petition shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. In addition to the published notice, the United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property.

It is further:

**ORDERED** that upon adjudication of all third-party interest, the Court will enter a final order of forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all interest will be addressed. If no claim is filed within thirty (30) days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 21, United States Code, Section 853(n)(7), this preliminary order of forfeiture shall be deemed a final order of forfeiture, and the Federal Bureau of Investigation, or any duly authorized law enforcement official, shall dispose of the property according to law.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, dated this 2 day of ~~October~~ November 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE